**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven Allen ANTHONY, Defendant–
Appellant.**

**No. 14–12226
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 16, 2015.

Lisa Tobin Rubio, Kathleen Mary Salyer, Wifredo A. Ferrer, Lornette A. Reyn-

olds, Harold E. Schimkat, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Steven Allen Anthony, Bennettsville, SC, pro se.

Before ED CARNES, Chief Judge, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Steven Anthony appeals the district court's denial of his motion under Federal Rule of Criminal Procedure 12(b)(3)(B) to vacate his 2004 indictment for being a felon in possession of a firearm. Rule 12(b)(3)(B) provides that the court may, "at any time while the case is pending . . . hear a claim that the indictment . . . fails to . . . state an offense." In 2005, Anthony appealed and we affirmed his conviction. *United States v. Anthony,* 160 Fed.Appx. 906 (11th Cir.2005) (unpublished). Our mandate issued on February 22, 2006. At that point, his case was no longer pending. *See United States v. Elso,* 571 F.3d 1163, 1166 (11th Cir.2009) (holding that the defendant's case "ended, and was no longer pending . . . when the mandate issued" and that "[t]he mandate [wa]s effective when issued."). The district court therefore lacked authority to hear Anthony's motion. *See id.* (affirming district court's denial of 12(b)(3)(B) motion because it "lacked authority to hear" such a motion when the case was no longer pending).

**AFFIRMED.**